**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

      -against-

ORDER

JASMINE SALOMON,

23 Mag. 2897

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

    A conference is scheduled in this case for February 14, 2024, at 9:45 a.m.

Dated: New York, New York
      February 0 , 2024
      FEB 0 8 2024

                          SO ORDERED.

                          GEORGE B. DANIELS
                          United States District Judge